**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK ANTHONY SEYMOUR,  Petitioner,  v.  LARRY E. SCRIBNER,  Respondent. | No. CV 06-6214-VBF (CW)  ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, Respondent's "Response," and the Supplemental Report and Recommendation. Other than this "Response, no written Objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  7-19-11

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge