**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK ANTHONY SEYMOUR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LARRY E. SCRIBNER, ) <br> ) <br> Respondent. ) <br>  ) | No. CV 06-6214-VBF (CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  7-19-11

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge